COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GESPA NICARAGUA, S.A., | § | |
| Appellant, | § | No. 08-22-00244-CV |
| | § | Appeal from the |
| v. | § | |
| | § | 120th Judicial District Court |
| RECOM AG, FLEXTRONICS INTERNATIONAL USA, INC., FLEXTRONICS AUTOMOTIVE USA (TEXAS), LLC, and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | § | of El Paso County, Texas |
| | § | (TC# 2018-DCV-4112) |
| | § | |
| Appellees. | § | |

## SUBSTITUTED JUDGMENT

The opinion and judgment of the Court issued on March 20, 2024 are both withdrawn. This is now the judgment of the Court.

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in its entirety. To this extent, we affirm the trial court's order dismissing all claims against Recom AG; we affirm the trial court's order enforcing the forum-selection clause and granting Expeditors International of Washington, Inc.'s motion to dismiss; and we affirm the trial court's take nothing judgment entered against Gespa Nicaragua, S.A., and in favor of Flextronics International USA, Inc. and Flextronics Automotive USA (Texas), LLC.

We further order that Gespa Nicaragua, S.A., shall pay all costs of this appeal and this decision shall be certified below for observance.

IT IS ORDERED THIS 9TH DAY OF OCTOBER 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.